Thomas K. Coan, OSB #89173
tom@tomcoan.com
Attorney at Law
1001 SW Fifth Ave., Suite 1400
Portland, OR  97204
(503) 221-8736

Attorney for David Van Beenen

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JOSH HALL, and<br>DAVID VAN BEENEN,<br><br>    Defendant. | Case No. CR 10-229-BR<br><br>MOTION TO FILE MOTION UNDER SEAL |

Defendant David Van Beenen, through his attorney, Thomas K. Coan, move the court for an order allowing him to file the enclosed motion *ex-parte* and under seal because it contains confidential work product that should not be shared with the government.

DATED this 21st day of October 2010.

      *Thomas K. Coan*
Thomas K. Coan, OSB 89173
Attorney for Defendant Van Beenen

Page 1 – MOTION TO FILE MOTION UNDER SEAL