Thomas K. Coan, OSB #89173
tom@tomcoan.com
Attorney at Law
1001 SW Fifth Ave., Suite 1400
Portland, OR 97204
(503) 221-8736

Attorney for David VanBeenen

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>    Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>JOSH HALL, and  )<br>DAVID VAN BEENEN,  )<br>  )<br>    Defendant.  )<br>_____ ) | Case No. CR 10-229-BR<br><br>MOTION TO FILE MOTION UNDER SEAL |

Defendant David VanBeenen, through his attorney, Thomas K. Coan, move the court for an order allowing him to file the enclosed motion *ex-parte* and under seal because it contains confidential work product that should not be shared with the government.

DATED this 22nd day of March 2011.

                                       *Thomas K. Coan*
                                       Thomas K. Coan, OSB 89173
                                       Attorney for Defendant Van Beenen