IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. CR 10-229-BR |
| ) | |
| vs. ) | ORDER FOR ISSUANCE OF |
| ) | SUBPOENAS AND FOR WITNESS |
| JOSH HALL, and ) | FEES AT GOVERNMENT EXPENSE |
| DAVID VAN BEENEN, ) | |
| ) | |
| Defendant. ) | |

Based on defendant David VanBeenen's *Ex Parte* Application for Issuance of Subpoenas and Witness Fees at Government Expense,

IT IS HEREBY ORDERED that the Clerk issue 15 subpoenas for defendant VanBeenen's counsel, Thomas K. Coan, to be served at government expense, and that the costs and fees incurred by the process be paid as provided by 28 C.F.R. §§ 21.1 *et. seq.*

Dated this _____ day of _____, 2011.

_____
Hon. Anna J. Brown
United States District Court Judge

Submitted by:

*Thomas K. Coan*
Thomas K. Coan, OSB 89173
Attorney for Defendant Van Beenen

Page 1 – ORDER FOR ISSUANCE OF SUBPOENAS & WITNESS FEES AT GOVERNMENT EXPENSE