Thomas K. Coan, OSB #89173
tom@tomcoan.com
Attorney at Law
1001 SW Fifth Ave., Suite 1400
Portland, OR  97204
(503) 221-8736

Attorney for David VanBeenen

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JOSH HALL, and<br>DAVID VANBEENEN,<br><br>    Defendant. | Case No. CR 10-229-BR<br><br>UNOPPOSED MOTION TO<br>CONTINUE SENTENCING HEARING |

      Defendant David VanBeenen, through his attorney, Thomas K. Coan, moves the

court for an order continuing the sentencing hearing in this case approximately 6 weeks, to

February 13, 2012, or as soon thereafter as the court's schedule allows.  Sentencing is

presently set for January 4, 2012, however with the holidays and the press of other

business counsel for defendant needs additional time to prepare.  Mr. VanBeenen is out of

custody and does not object.  The government does not object to this request, and U.S.

Page 1 – UNOPPOSED MOTION TO CONTINUE SENTENCING

Probation Officer Tim Eisenbrandt reports that the Probation Office does not object.

Based on this, defendant asks the court for an order continuing the sentencing hearing for approximately 6 weeks to the week of February 13, 2012.

    DATED this 22nd day of July 2010.

                                          *Thomas K. Coan*
                                          Thomas K. Coan, OSB 89173
                                          Attorney for Defendant VanBeenen